# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:20-cr-251-GW / 2:20-mj-2224 | Date July 10, 2020 |
| Title United States v. Edward Morse | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION – PRETRIAL RELEASE VIOLATION**

The Court conducted a revocation and detention hearing under 18 U.S.C. § 3148(b), following Defendant's arrest for alleged violation(s) of the terms of Defendant's pretrial release.

The Court finds that:

A.   ☒   There is clear and convincing evidence that Defendant has violated conditions of release by failing to appear for court hearing. [18 U.S.C. § 3148(b)(1)(B)].

B.   ☒   There is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community. [18 U.S.C. § 3148(b)(2)(A), (B)].

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending trial without prejudice.